UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE REPUBLIC OF KAZAKHSTAN,

Plaintiff,

-against-

DOES 1-100 INCLUSIVE,

Defendants.

15 Civ. 1900 (ER)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

A. Robert Quirk, being duly sworn, deposes and says:

1. I am over eighteen years of age and am not a party to this action.

2. On March 13, 2015, I created a Facebook Page (the "Page"), located at www.facebook.com/KazakhstanvDoes, on which I posted the following documents from the above-captioned action: (a) the Court's Executed Order to Show Cause, dated March 13, 2015 (the "Order to Show Cause"); (b) the Republic of Kazakhstan's ("Plaintiff") Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction; (c) the Declaration of Jacques Semmelman in Support of Motion for Temporary Restraining Order and Preliminary Injunction; (d) the Declaration of Marat Beketayev in Support of Motion for Temporary Restraining Order and Preliminary Injunction and attached Appendix A; (e) the Declaration of Anthony Baselice; (f) the Complaint; (g) the Electronic Case Filing Rules and Instructions for the United States District Court for the Southern District of New

York; (h) the Individual Practices of U.S. District Judge Edgardo Ramos; and (i) the Individual Practices of U.S. Magistrate Judge Henry Pitman.

3. On March 13, 2015, I used the Page to post Comments on the Facebook Notes specified in the Order to Show Cause (Order to Show Cause at 3 n.1)[1] containing the following text:

> To Those Who Unlawfully Obtained the Documents Posted on This Page:
>
> On March 12, 2015, a Complaint was filed against you by the Republic of Kazakhstan in the United States District Court for the Southern District of New York. The case is styled as *The Republic of Kazakhstan v. Does 1-100 Inclusive*, No. 15 Civ. 1900 (ER) (S.D.N.Y. 2015). A copy of the Complaint can be found at the following link: www.facebook.com/KazakhstanvDoes.
>
> In addition, a Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") has been filed against you. A copy of the Motion and supporting papers can be found at the following link: www.facebook.com/KazakhstanvDoes. The Motion is brought by Order to Show Cause so that the matter will proceed on an expedited basis.
>
> An *ex parte* temporary restraining order has already been issued against you, enjoining you, your affiliates, employees, agents, and representatives, and all persons acting in concert with or

---

[1] The Facebook pages are located at https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%BA-%D0%B8%D1%81%D0%BF%D0%B0%D0%BD%D1%81%D0%BA%D0%B8%D0%B5-%D1%81%D1%83%D0%B4%D1%8C%D0%B8-%D1%80%D0%B0%D0%B1%D0%BE%D1%82%D0%B0%D1%8E%D1%82-%D0%BD%D0%B0-%D0%BA%D0%B0%D0%B7%D0%B0%D1%85%D1%81%D1%82%D0%B0%D0%BD/601833419917186 and https://www.facebook.com/notes/%D0%B8%D0%BD%D1%84%D0%BE%D1%80%D0%BC%D0%B0%D1%86%D0%B8%D0%BE%D0%BD%D0%BD%D1%8B%D0%B9-%D0%BF%D0%BE%D1%80%D1%82%D0%B0%D0%BB-%D1%80%D0%B5%D1%81%D0%BF%D1%83%D0%B1%D0%BB%D0%B8%D0%BA%D0%B0/%D0%BA%D0%B0%D0%BA-%D0%BB%D0%BE%D0%B1%D0%B1%D0%B8%D1%81%D1%82%D1%8B-%D0%B0%D0%BA%D0%BE%D1%80%D0%B4%D1%8B-%D1%80%D0%B0%D0%B1%D0%BE%D1%82%D0%B0%D1%8E%D1%82-%D0%BF%D0%BE-%D0%B4%D0%B5%D0%BB%D1%83-%D0%BF%D0%B0%D0%B2%D0%BB%D0%BE%D0%B2%D0%B0-%D0%B2-%D0%B8%D1%81%D0%BF%D0%B0%D0%BD%D0%B8%D0%B8/604773642956497.

participating with you, from using, disclosing, disseminating, posting, displaying, sharing, distributing, hosting, copying, viewing, accessing, providing access to or making available to anyone, in any manner whatsoever, the materials stolen by you from the computer system of the Republic of Kazakhstan and from the Gmail accounts of officials of the Republic of Kazakhstan.

A copy of the Order to Show Cause can be found at the following link: www.facebook.com/KazakhstanvDoes. The Court has directed the parties to appear before it with respect to the Preliminary Injunction on March 20, 2015, at 2:00 p.m., Eastern Daylight Time at the following location: the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007.

If you are represented by an attorney, please let us know and we will notify your counsel of the date and time selected by the Court.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Att: Jacques Semmelman, Esq.
jsemmelman@curtis.com
Attorneys for the Republic of Kazakhstan

4. Attached as Exhibit A is a copy of the posts as they appeared on March 13, 2015, at 9:00 p.m., Eastern Time.

5. As of this date, the posts remain visible to any user logged in to Facebook.

A. Robert Quirk

Sworn to before me this
16th day of March, 2015

Notary Public

Notary Public
State of New York
ANDREW B ZINMAN
My Appointment Expires Oct 26, 2020