USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/24/2015

Ramos, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

THE REPUBLIC OF KAZAKHSTAN,

                        Plaintiff,

                -against-                         15 Civ. 1900 (ER)

DOES 1-100 INCLUSIVE,

                        Defendants.

------------------------------------------------------------------ X

## [PROPOSED] SEALING ORDER

      Upon the application of Plaintiff to file the transcript of the argument conducted in this Court on March 20, 2015 under seal, and to file in the public court docket a redacted version of the transcript, a copy of which is attached hereto as Exhibit A; and

      The Court finding good cause to grant the application, namely, that the redacted materials reflect sensitive information about governmental investigative practices, and that the need for secrecy outweighs any interest in public disclosure of the information; now therefore, it is

      ORDERED, that the transcript of the argument conducted in this Court on March 20, 2015 shall be filed under seal with the Clerk of the Court and kept under seal until further Order of the Court, and the redacted version of the transcript, a copy of which is

attached hereteo as Exhibit A, shall be filed in the public court docket.

So Ordered this 24th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK