UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>                        Plaintiff,<br>v.<br><br>DOES 1-100 INCLUSIVE,<br><br>                        Defendants. | CIVIL ACTION NO. 15-CV-1900 (ER)<br><br>**NON-PARTIES RESPUBLIKA and LLC MEDIA-CONSULT'S RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

       The undersigned, counsel of record for non-parties Respublika and LLC Media-Consult, certifies pursuant to Fed. R. Civ. P. 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

       Respublika is wholly owned by LLC Media-Consult. Neither is a publicly held company, and no publicly held company has an ownership interest of 10% or more in either entity.

Dated: New York, New York
August 24, 2015

                                          Respectfully submitted,

                                          By: /s David Greene
                                          DAVIS WRIGHT TREMAINE LLP
                                          James Rosenfeld (JamesRosenfeld@dwt.com)
                                          1251 Avenue of the Americas, 21st Floor
                                          New York, New York 10020
                                          Telephone: (212) 489-8230
                                          Facsimile: (212) 489-8340

                                          David Greene
                                          (*pro hac vice application to be submitted*)
                                          ELECTRONIC FRONTIER FOUNDATION
                                          815 Eddy Street
                                          San Francisco, CA 94109
                                          Telephone: (415) 436-9333

                Facsimile: (415) 436-9993
                Email: davidg@eff.org

*Attorneys for Non-Parties*
*Respublika and LLC Media-Consult*