UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF KAZAKHSTAN,<br><br>                  Plaintiff,<br><br>    v.<br><br>DOES 1-100 INCLUSIVE,<br><br>                  Defendants. | CIVIL ACTION<br>Case No. 1:15-cv-01900-ER |

**[PROPOSED] ORDER**

Upon due consideration of the Motion for Clarification of Preliminary Injunction Order filed by Nonparties Respublika and LLC Media-Consult (collectively, "Nonparties" or "Respublika"), the memoranda in support thereof, and any opposition thereto, it is hereby

**ORDERED** that Respublika's motion is **GRANTED** and that (1) the Court's March 20, 2015 Order Granting Plaintiff Republic of Kazakhstan's Motion for Preliminary Injunction (the "Order") does not apply to Respublika; (2) the Order did not and does not require the removal of any article published by Respublika from any platform, website or publication; and (3) nothing in the Order prevented or prevents Respublika from reporting on the contents of the "Stolen Materials" (as defined in the complaint in this action) and otherwise using those materials in its reporting.

**SO ORDERED**.

Dated: _____, 2015.

                                        _____
                                        Hon. Edgardo Ramos
                                        United States District Judge