```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/28/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE REPUBLIC OF KAZAKHSTAN,

                Plaintiff,

- against -

DOES 1-100 INCLUSIVE,

                Defendants.

**ORDER**

15 Civ. 1900 (ER)

Ramos, D.J.:

    On May 22, 2015, Plaintiff filed a motion for the issuance of a Letter of Request to the Central Authority of the Republic of Poland for assistance in obtaining the deposition testimony of Muratbek Ketebaev. Doc. 22. The court GRANTS Plaintiff's request for a Letter of Request, as amended on the record. The Clerk of Court is directed to terminate the motion, Doc. 22.

It is so ORDERED.

Dated:    October 28, 2015
             New York, New York

                                                    Edgardo Ramos, U.S.D.J.