UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
THE REPUBLIC OF KAZAKHSTAN,                                              :
:
:
Plaintiff,                                                               :
:  15 Civ. 1900 (ER)
-against-                                                                :
:
DOES 1-100 INCLUSIVE,                                                    :
:
:
Defendants.                                                              :
------------------------------------------------------------------------ X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Republic of Kazakhstan, by its undersigned authorized counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: New York, New York
       January 17, 2017

                              CURTIS, MALLET-PREVOST
                                 COLT & MOSLE LLP


                    By:    */s/ Jacques Semmelman*
                           Jacques Semmelman
                           Michael R. Graif
                           101 Park Avenue
                           New York, New York 10178
                           Telephone:  (212) 696-6000

                           *Attorneys for Plaintiff*
                           *The Republic of Kazakhstan*